**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 188 MAL 2023

                Respondent       :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

                v.                :

                                 :

REYNALDO MERCADO,          :

                Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED** and the Motion for Withdrawal of Counsel and Application for the Appointment of New Counsel is **DENIED**.